**SO ORDERED.**

**TIFFANY & BOSCO** P.A.

Dated: July 13, 2010



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-15958

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-07616-RTB |
| Ronnie R. Romero-Martinez and Laura Romero | Chapter 7 |
| Debtors. | ORDER |
| Wells Fargo Bank, N.A. | (Related to Docket #33) |
| Movant, | |
| vs. | |
| Ronnie R. Romero-Martinez and Laura Romero, Debtors, Constantino Flores, Trustee. | |
| Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 15, 2007 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Ronnie R. Romero-Martinez and Laura Romero have an interest in, further described as:

Parcel 1:

Unit 1019, of the PLAZA RESIDENCES, a condominium as created by that certain declaration recorded December 15, 2005 as 2005-1896305, First Amendment recorded as 2006-0128129, Second Amendment recorded as 2006-0182703 and Third Amendment recorded as 2007-0609279, all of official records and shown on the plat of said condominium recorded as Book 796 of Maps, page 20, in the office of the County Recorder of Maricopa County, Arizona.

Parcel 2:

An exclusive right to use garage space G504, a limited common element as described in the above mentioned condominium declaration.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.